IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY ROBINSON | : | CIVIL ACTION |
| v. | : | No. 13-3131 |
| JOHN E. WETZEL, et al. | : | |

## ORDER

AND NOW, this 18th day of March, 2014, upon careful and independent consideration of Petitioner Henry Robinson's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 17) is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is placed in suspense pending disposition of the petition for a writ of certiorari by the United States Supreme Court in *Commonwealth v. Cunningham*, 81 A.3d 1 (Pa. 2013);

3. Petitioner and Respondents shall notify the court within 30 days of the conclusion of the proceedings in the *Cunningham* case so the habeas petition may proceed;

4. The Clerk of Court is DIRECTED to place this matter in civil SUSPENSE pending further order of this Court.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on January 30, 2014, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.